**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 13 |
| ) | |
| BOYSIN RALPH LORICK; ) | Case No. 1-16-43194-nhl |
| CYNTHIA THERESA LORICK, ) | |
| ) | |
| Debtors. ) | |
| ) | |

## ORDER GRANTING MOTION FOR RECEIVER TO REMAIN IN POSSESSION

WHEREAS, on August 3, 2016, Wells Fargo Bank, as Trustee for the registered holders of Sovereign Commercial Mortgage Securities Trust, 2007-C1, Commercial Pass-Through Certificates, Series 2007-C1 (the "Movant") filed an Emergency Motion for Receiver to Remain in Possession (the "Motion"); and

WHEREAS, on August 16, 2016, the Court held a hearing on the Motion, at which Colin M. Bernardino, Esq., Counsel for Movant, Douglas Rosenberg, Receiver[1], and Frank Wharton, Esq., Counsel for Debtors appeared; and

WHEREAS, based upon the record before the Court, the Court finds that the interests of creditors would be better served by permitting the Receiver to continue in possession, custody, or control of the Property.

NOW, THEREFORE, it is hereby

ORDERED, that the Receiver shall continue in possession, custody, or control of the Property pursuant to Bankruptcy Code section 543(d)(1); and it is further

ORDERED, that the automatic stay is lifted as to the Receiver for the limited purpose of allowing the Receiver to fulfill his duties under the Receivership Orders and any related orders in the

---

[1] All capitalized terms used in this Order and not otherwise defined shall have the meanings ascribed to them in the Motion.

Foreclosure Action, including without limitation, collection of rents and enforcing remedies against tenants, leasing vacation units, making repairs to the Property (in the Receiver's sole discretion), remediating environmental contamination on the Property, and paying any taxes or other assessments due and owing on the Property; and it is further

ORDERED, that the Debtors shall turn over to the Receiver any notice, statement, or correspondence received by the Debtors and related to the Property within five (5) days of receipt by either of the Debtors.



Dated: August 29, 2016
Brooklyn, New York

_____
Nancy Hershey Lord
United States Bankruptcy Judge