UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 13 |
| BOYSIN RALPH LORICK;<br>CYNTHIA THERESA LORICK, | Case No. 1-16-43194-nhl |
| Debtors. | |

## ORDER DISMISSING CHAPTER 13 CASE

UPON the Motion to Dismiss (the "Motion") filed by Wells Fargo Bank, as Trustee for the registered holders of Sovereign Commercial Mortgage Securities Trust, 2007-C1, Commercial Pass-Through Certificates, Series 2007-C1 (the "Movant"); and upon the hearing on the Motion held September 20, 2016, at which appeared Colin M. Bernardino, Esq. (Counsel for Wells Fargo), Frank Wharton, Esq. (Counsel for Debtors); and based upon the record before the Court, including the Debtors' admissions in its schedules, the Court finds that as of the date of the filing of the Debtors' petition, the Debtors' noncontingent, liquidated, secured debts exceeds $1,149,525; and there being no opposition thereto;

NOW, THEREFORE, it is hereby

**ORDERED**, that the Debtors' chapter 13 case is dismissed.



Dated: October 11, 2016
Brooklyn, New York

_____
**Nancy Hershey Lord**
**United States Bankruptcy Judge**